**RECEIVED**

FEB 1 4 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 17-cr-00273** |
| **VERSUS** | : | **JUDGE DRELL** |
| **PAMELA ANN FAYKO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 24], and in the transcript previously filed herein, [Doc. 25] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. 20], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **PAMELA ANN FAYKO** on February 9, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this _14_ day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE